**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:16-cr-00110 |
| ) | CHIEF JUDGE CRENSHAW |
| HOMERO QUINTANILLA-NAVARRO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Defendant, Homero Quintanilla-Navarro, shall notify the Court on or before **September 19, 2017,** whether he contests the alleged violations of the conditions of his supervised release. Thereafter, a hearing will be set by the Court.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR
CHIEF UNITED STATES DISTRICT JUDGE